UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEDGAM PRODUCTIONS, LLC d/b/a THE and EDGE 1 PRODUCTIONS, LLC d/b/a ACT,<br><br>                          Plaintiffs,<br><br>v.<br><br>BIZPARENTZ FOUNDATION and ANNE HENRY, individually,<br><br>                          Defendants. | 09 Civ._____<br><br><br>**COMPLAINT**<br><br>**Jury Trial Demanded** |

      Plaintiffs NedGam Productions, LLC and Edge 1 Productions, LLC for their complaint against defendants BizParentz Foundation and Anne Henry, upon knowledge as to themselves, and otherwise upon information and belief, allege as follows:

### THE PARTIES

      1.      Plaintiff NedGam Productions, LLC, doing business as THE ("THE"), is a limited liability company organized and existing under the laws of Nevada with its principal place of business at 701 N. Green Valley Parkway, Suite 200, Henderson, Nevada 89074. THE is registered to do business in the State of Connecticut and transacts business within the State.

      2.      Plaintiff Edge 1 Productions, LLC, doing business as ACT ("ACT"), is a limited liability company organized and existing under the laws of Nevada, with its principal place of business at Two Renaissance Square, 40 North Central Ave., Suite 2250, Phoenix, Arizona 85004. ACT is registered to do business in the State of Connecticut and transacts business within the State.

      3.      THE and ACT are affiliated companies.

4.      Upon information and belief, defendant BizParentz Foundation ("BizParentz") is a non-profit corporation organized and existing under the laws of California with its principal place of business at 6367 Malvern Street, Alta Loma, California 91737.

5.      Upon information and belief, BizParentz purports to be an advocacy group for children in the entertainment industry.

6.      Upon information and belief, defendant Anne Henry ("Henry") is an individual residing in California.  Ms. Henry is also the co-founder of BizParentz.

## JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), because the case is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs and interest.  Defendants also intentionally and repeatedly committed the subject torts in Connecticut.

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this District.

## FACTUAL ALLEGATIONS APPLICABLE TO ALL CAUSES OF ACTION

9.      THE promotes and sponsors modeling and acting events for children and teens throughout the United States, and in Connecticut.   Participants, who attend THE events on an invitation only basis, are provided an opportunity to showcase their talents for industry professionals, such as modeling and talent agencies, management representatives, and casting directors, network with industry professionals, as well as an opportunity to learn key skills necessary to compete in the THE events and in the entertainment industry.  THE also offers seminars for participants and their parents on the ins and outs of the entertainment industry.

10.     ACT is a national acting academy for children and teens that provides programs and workshops for children and teens in the performing arts, specializing in on-camera acting and modeling workshops.  ACT has operated successfully for a number of years in this industry.

11.     Upon information and belief, BizParentz was founded by Anne Henry and Paula Dorn in 2004.  Ms. Henry and Ms. Dorn tout themselves as experts on the subject of young performers.

12.     Upon information and belief, Henry, Dorn and BizParentz claim to be affiliated with governmental and industry authorities, casting directors and talent agents.

13.     BizParentz holds itself out as an organization that provides education, advocacy and charitable support to parents and children in the entertainment industry.

14.     Upon information and belief, BizParentz, Henry and/or Dorn are associated with and/or support other business enterprises which, just like THE and ACT, offer educational workshops and seminars and talent events to children and parents interested in the entertainment industry.

### Defendants' Unlawful Campaign

15.     As early as June 2008, BizParentz and Henry (together "Defendants") commenced an unlawful smear campaign against ACT, and later THE, designed to malign and impugn ACT's and THE's respective reputations and goodwill, induce their customers to terminate their contracts, induce talent agents and others in the subject industry to cease doing business with plaintiffs, deprive plaintiffs of revenues, and harm plaintiffs' relationships with existing and prospective customers and vendors.

16.     For example, on or about June 4, 2008, Defendant Henry on her own behalf and that of Defendant BizParentz made a posting on the message board (blog) maintained at

backstage.com, stating that ACT was the "same crew" as another unrelated performing arts

school, Pacific Modeling and Acting Academy ("PMAA"), "who skipped out with over $1M

from Tampa ALONE last month" without providing promised services to customers.  A true and

accurate copy of this posting is attached as Exhibit A hereto.

17.     As a further example, on or about June 5, 2008, Defendants published on their

web site a press release under the headline "Aspiring Child Actors Face Biggest Money Scam in

History".  A true and accurate copy of the article is attached as Exhibit B hereto.  That article

does not include facts which justify or support its claim of extraordinary fraud ("Biggest Money

Scam in History") and also contains various false and misleading statements about ACT.

18.     The main focus of the article concerns the unrelated performing arts school

PMAA and its owner Stanley Robinson, which allegedly defrauded their customers by taking

their money and closing its doors without offering any services.  The article, however, also

targets ACT as the "next big scam."

19.     Under the heading "Next Victim?", the June 5, 2008 article equates ACT with

PMAA and very clearly suggests that ACT will also defraud its customers.  It reads, in part:

> **The Next Victims?**
> But the story doesn't end there.  Open calls are being held this
> weekend in Secaucus, New Jersey, by Edge One, aka Academy of
> Cinema and Television.  The extent of the partnership between the
> companies is unclear.  While A.C.T. is not apparently owned by
> Stanley Robinson, the schools' business model is the same, the
> salespeople are essentially the same, and they use the same
> promotional materials littered with references to Disney and
> Nickelodeon.  Some of the celebrity photos and endorsements
> (some false) have been commonly used between JRP Santa Clara
> [John Robert Powers], PMAA, and A.C.T.
>
> ****
> … this business model is predictable and dangerous.
>
> ****

20.     Defendants also falsely accuse ACT of, among other things, operating a business very similar or identical to that of the ill-reputed PMAA and of using PMAA salespeople and promotional materials.  It warns readers that ACT's business model is "dangerous".

21.     ACT is an independent business that has and had no connection with PMAA or John Robert Powers.  ACT was a competitor of PMAA and was and is a competitor of John Robert Powers.  ACT did not and does not share sales staff with PMAA or John Robert Powers.  ACT operates its own legitimate business that is different from that of PMAA and different from that of John Robert Powers.

22.     ACT was not and is not affiliated with PMAA, John Robert Powers, or any other acting school with which it competes.

23.     Accordingly, for these and other reasons ACT demanded that Defendants withdraw the press release and issue a corrective statement.   Defendants, however, refused and have failed to do so.

24.     On June 20, 2008, the Pittsburgh Tribune-Review published a newspaper article entitled "Parents Warned of Scams in Child Talent Agencies".   A true and accurate copy of the June 20, 2008 article is attached hereto as Exhibit C.  In that article, Defendant Anne Henry again equated ACT with PMAA, suggesting that ACT was also defrauding its customers, and also falsely accused ACT of having a business that is "scammy" and that is designed to bilk parents for thousands of dollars for children who have no chance of succeeding in the entertainment industry, stating:

****

> Henry, however, equated the school's [ACT's] monthly classes with Pacific Modeling and Acting Academy, a California company that reportedly bilked Florida families out of thousands of dollars they paid for weekend acting classes.  When they arrived at the

Tampa Convention Center for classes, they were told the classes were canceled and the company was going out of business, the Tampa Tribune reported.  At least a dozen families filed a civil lawsuit last week seeking to recoup money.

Henry said the company's business model is "scammy," like others in the industry that take thousands of dollars from parents knowing their children have little to no chance of ever making it.

Asked for proof, Henry replied: "I kind of don't need to be able to prove it to warn people.  Even if they don't run with the money, it's still a bad business deal."

****

25.     Through these false and defamatory statements, Defendants have recklessly and maliciously impugned and disparaged ACT and, by association, THE.

26.     Defendants knew or should have known through reasonable investigation that ACT was not and is not the same as or affiliated with PMAA, that ACT was not and is not scamming its customers, and that ACT has offered and provided legitimate services.

### Defendants' Unlawful Campaign in Connecticut

27.     In or about January 2009, Defendants directed their smear campaign to also focus on maligning THE's and ACT's reputation in Connecticut thereby causing further damage to their reputations and goodwill.

28.     THE is sponsoring an invitation-only event in Stamford, Connecticut from May 7-10, 2009.  In connection with that event, in January 2009, THE commenced auditions in Stamford and Hartford, Connecticut.

29.     Upon information and belief, Defendants have been aware of the upcoming THE event since at least as early as January 2009.

30.     On or about January 5, 2009, Henry, for herself and on behalf of BizParentz, sent an email to George Gombossy, a reporter with the Hartford Courant in Hartford, Connecticut.

This email contains numerous false and misleading statements about THE. The email, which

accuses THE of being involved in criminal activities under investigation by the FBI, among

other things, was posted on the Hartford Courant's blog on January 5, 2009, and reads:

> My name is Anne Henry, and I am the co-founder of a non-profit organization called BizParentz Foundation (www.bizparentz.org). We serve families with children in the entertainment industry (professional child actors). We are also parents ourselves, with successful acting children. Our staff are all volunteers, and we exist solely on donations.
>
> Your column on "The" is quite interesting, and I think you will find it more interesting to hear that the organization that presents that program is already under investigation in several states, and the FBI is also looking into them. Even in their home state of AZ, they have a less than stellar rating at the BBB (that they pay).
>
> "The" is a competition like event that is produced by the owners of a company called Academy of Cinema and Television (ACT), based in Phoenix. There is a complicated system of corporations who all seem to own each other, using addresses in AZ, NV and then traveling around to multiple states. It is almost impossible to find out who ACTUALLY owns this business.
>
> ACT is constantly changing their business model, but it is very similar to the John Robert Powers Franchises….My point? It's a familiar business model.
>
> The incarnation we are hearing about in Hartford looks like ACT is not just selling the The event as a stand-alone deal. The only "The" event that ever existed previously was held last August in Phoenix. The entire ACT organization has only existed for about a year and a half. They have yet to produce a "success" story— anyone who has made more money in the entertainment industry than they paid to ACT.
>
> If this is sounding a bit like "The Music Man" to you, or the old time traveling snake oil salesman, you are right. Our organization deals win [sic] the real entertainment industry every day. This type of organization is NOT it.
>
> For some background, you might want to look at this press release, which our organization released in June, after a similar (and we

believe, related, business) took millions of parents and disappeared
earlier this year....

****

ACT sent us a cease and desist letter after that press release, and
our non-profit had to pay legal fees to prepare a response, which
we did. We never heard from ACT again, presumably because
they now realize that they have no grounds to sue as long as we
continue to speak the truth. We have continued to work with law
enforcement in the mean time.

****

Just to be clear, ACT, so far, has not stolen money from their
clients. They simply employ the same business model and the
same staff as those who did....

****

A true and accurate copy of the January 5, 2009 blog posting is attached hereto as Exhibit D.

31.    The next day, January 6, 2009, the Hartford Courant published an article in its

newspaper and on its website authored by Mr. Gombossy and entitled "Child Talent Program

Attracts Suspicion". A true and accurate copy of the January 6, 2009 article is attached hereto as

Exhibit E.

32.    In that article, Henry's January 5, 2009 email is referenced and certain of her

statements were re-published and widely disseminated to the Hartford Courant's readership.

This article, along with the Henry email, have also been widely disseminated beyond the

Hartford Courant's normal readership including, upon information and belief, by Defendants

themselves.

33.    In particular, the accusation by Defendants that THE is under investigation by the

FBI has been re-published repeatedly and continually from and after January 5, 2009.

34.    The statements made by Defendants in the January 5, 2009 email, and

subsequently re-published by the Hartford Courant in the January 6 article, are false and

misleading. Once the accurate, true, and complete facts were brought to the attention of the

- 8 -

newspaper's editors and attorneys, within days the Hartford Courant withdrew Defendants' false and malicious statements from publication and no longer makes them available on its website or otherwise.

35.     Defendants do not have, and never had, any factual basis to support such claims and knew such claims were false at the times they were made.

36.     Defendants had no factual basis to claim that the FBI was investigating THE and their statement that an FBI investigation was taking place was made with knowledge of falsity and/or with reckless disregard for truth or falsity.  On information and belief, Defendants know or upon reasonable inquiry should have known that the FBI has and follows a long-standing policy of not disclosing information about ongoing investigations, either publicly or to outsiders such as Defendants.

37.     Defendants knew or should have known through reasonable investigation that, at the time, ACT had an "A -minus" rating with the Better Business Bureau in its home state.

38.     Defendants' claim that ACT has "not stolen money from their clients" "[t]hey simply employ the same business model and the same staff as those who did" is clearly intended to convey to readers that ACT, and THE by association, are engaged in fraudulent and criminal conduct.

39.     Defendants' statement that "[i]t is almost impossible to find out who ACTUALLY owns this business" clearly infers that ACT and THE are hiding something.  This statement is completely untrue.  ACT's and THE's ownership information is available in its public filings and readily available over the Internet to anyone using a computer equipped with a browser.

40.     Defendants also falsely claim that ACT has no success stories and that no one has made more money in the entertainment industry than they paid to ACT. This is simply untrue. ACT has had a number of participants who have been successful in landing paid commercials, movie contracts and other paid jobs. Indeed, Defendants had actual knowledge of ACT students achieving success in the entertainment industry – they (Defendants) made postings on blogs reacting to, criticizing, and/or questioning statements made by parents of ACT students in which those parents acknowledged and praised contributions made by ACT to the successes achieved by their children.

41.     Through these false and defamatory statements, Defendants have recklessly and maliciously impugned and disparaged THE and ACT and have had the intended effect of dissuading prospective clients from doing business with ACT or THE and causing existing clients to cancel their contracts with THE.

42.     Defendants willfully made these defamatory statements to the public to cause financial harm to THE, and, upon information and belief, to increase BizParentz's fundraising and notoriety as well as to promote the modeling and talent enterprises with which Defendants are themselves associated.

43.     Defendants' unlawful smear campaign in Connecticut has caused damage to THE's and ACT's respective reputations and goodwill.

44.     By publishing the defamatory statements, Defendants triggered a media frenzy. The media has focused on upcoming THE and ACT programs in Providence, Rhode Island, Omaha, Nebraska, Cleveland, Ohio, and Denver, Colorado, and has repeatedly republished the Defendants' statements in those marketplaces, causing further damage to THE's and ACT's reputations, goodwill and businesses in those markets. As a further result, those markets and the

surrounding markets, as well as areas in and around Connecticut, have been spoiled for at least the short term future, given the bad publicity triggered by Defendants' false and defamatory statements.

45.    Defendants' unlawful smear campaign in Connecticut has had the further effect of inducing several clients to terminate their contracts with THE, causing damage to THE by depriving it of revenues under those contracts and harming THE's existing and prospective business relationships.

46.    Indeed, the very same day that the Hartford Courant article was published in the newspaper, clients began to cancel their contracts with THE for its May 2009 Stamford, CT event, indicating that they saw the article or blog, became concerned after learning that THE operates a "questionable business model", became concerned after learning that THE is "under investigation by the FBI", and/or that it has been brought to the client's attention that THE's operations are a "scam."

47.    By way of example, one client terminated her contract with THE on January 6, 2009, explaining that she was canceling because "[s]ubsequent information has come to light that leads to this necessity (see the Hartford Courant, George Gombossy, CT Watchdog, dated 6 January 2009)."

48.    As a further example, another client terminated her contract with THE on January 21, 2009, after a photographer provided her with a copy of the article from the Hartford Courant.

49.    Through the publication of these false and defamatory statements, Defendants have knowingly and deliberately caused damage to THE's and ACT's reputations and goodwill, induced the termination of various contracts between THE and its clients, depriving THE of revenues and damaging its business relationships with prospective and existing clients.

50.     THE and ACT are only now beginning to discover the breadth of the Defendants' tortious conduct in Connecticut, as well as elsewhere, and the extent of damages it has suffered as a result of those tortious acts.

## FIRST CAUSE OF ACTION

### (Asserted by THE For Libel Per Se )

51.     THE and ACT repeat and reallege the allegations set forth in paragraphs 1 through 50 of this Complaint, as if fully set forth herein.

52.     As alleged hereinabove, in the January 5, 2009 letter published on the Hartford Courant's blog and subsequently published, in part, in the January 6, 2009 newspaper article in the Hartford Courant, Defendants falsely accuses THE of being investigated by the FBI, suggesting that THE has engaged in criminal wrongdoing.

53.     Because Defendants falsely accuse ACT and THE of dishonesty and criminal conduct, the foregoing statements are false and defamatory *per se.*

54.     Defendants intentionally published these false statements to the public, without privilege or justification.

55.     As a direct and proximate result of the publication of Defendants' defamatory statements described herein, THE has suffered and continues to suffer both general and special damages, including, *inter alia,* loss of substantial revenue and damage to its reputation, in an amount to be determined at trial.

56.     Because the foregoing defamatory statements were published with malice and/or were wantonly published in willful disregard for THE's rights, THE is entitled to and requests punitive damages.

## SECOND CAUSE OF ACTION

### (Asserted by ACT For Libel Per Se )

57.     THE and ACT repeat and reallege the allegations set forth in paragraphs 1 through 56 of this Complaint, as if fully set forth herein.

58.     As alleged hereinabove, in the January 5, 2009 letter published on the Hartford Courant's blog and subsequently published, in part, in the January 6, 2009 newspaper article in the Hartford Courant, Defendants falsely accuse ACT of improper conduct in employing a business model that Defendants describe as "very similar" to the model used by an unrelated company that allegedly defrauded its clients.

59.     Specifically, Defendants charge that "ACT is constantly changing their business model, but it is very similar to the John Robert Powers Franchises" and "ACT, so far, has not stolen money from their clients.  They simply employ the same business model and the same staff as those who did".

60.     Because Defendants falsely charge ACT of dishonest and improper conduct in its profession, the foregoing statements are false and defamatory *per se*.

61.     Defendants intentionally published these false statements to the public, without privilege or justification.

62.     As a direct and proximate result of the publication of Defendants' defamatory statements described herein, ACT has suffered and continues to suffer both general and special damages, including, *inter alia,* loss of substantial revenue and damage to its reputation, in an amount to be determined at trial.

63.     Because the foregoing defamatory statements were published with malice and/or were wantonly published in willful disregard for ACT's rights, ACT is entitled to and requests punitive damages.

## THIRD CAUSE OF ACTION

### (Defamation)

64.     THE and ACT repeat and reallege the allegations set forth in paragraphs 1 through 63 of this Complaint, as if fully set forth herein.

65.     As alleged hereinabove, in the January 5, 2009 letter published on the Hartford Courant's blog and subsequently published, in part, in the January 6, 2009 newspaper article in the Hartford Courant, Defendants falsely accuse *(a)* THE of being investigated by the FBI; *(b)* ACT of having a less than stellar rating at the Better Business Bureau; *(c)* ACT having a business model "very similar to the John Roberts Powers Franchises"; *(d)* ACT of not yet stealing from their clients, but employing the same business model and the same staff as those who did; *(e)* ACT of hiding something, by declaring that "[i]t is almost impossible to find out who ACTUALLY owns this business"; *(f)* ACT of having no success stories and that no one has made more money in the entertainment industry than they paid to ACT.

66.     The foregoing statements are false and defamatory.

67.     Defendants intentionally published these false statements to the public, without privilege or justification.

68.     As a direct and proximate result of the publication of Defendants' defamatory statements described herein, THE and ACT have suffered and continue to suffer damages, including, *inter alia,* loss of substantial revenue and damage to its reputation, in an amount to be determined at trial.

69.     Because the foregoing defamatory statements were published with malice and/or were wantonly published in willful disregard for THE's and ACT's rights, THE and ACT are entitled to and requests punitive damages.

**WHEREFORE**, THE and ACT respectfully request that the Court enter judgment against Defendants as follows:

a.     on the First Cause of Action, awarding THE general and punitive damages in an amount to be determined at trial;

b.     on the Second Cause of Action, awarding ACT general and punitive damages in an amount to be determined at trial;

c.     on the Third Cause of Action, awarding THE and ACT general, special and punitive damages in an amount to be determined at trial; and

d.     awarding THE and ACT attorneys' fees, costs, expenses, and such other and further relief as the Court deems fair, just and proper.

## JURY TRIAL DEMANDED

The Plaintiffs demand a trial by jury of all claims so triable.


Dated: March 27, 2009

K&L GATES LLP


By _____
    Catherine R. Keenan

(CT Id. No. 417275)

599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-3900
Fax:  (212) 536-3901
catherine.keenan@klgates.com

*Attorneys for Plaintiffs*

# Exhibit A

This could be the biggest scam in kid actor history... - Topic Powere...      http://bbs.backstage.com/eve/forums/a/tpc/f/9611031/m/598106421...





**Welcome to the**
**BACK STAGE MESSAGE BOARD**

**Please register and login to post.**

BackStage.com     Message Board Homepage     Child and Teen Actors, Singers, and Dancers     This could be the biggest scam in kid actor history...

Page **1** 2 3 4

| Go | New | Find | Notify | Tools | Reply | |
|----|-----|------|--------|-------|-------|--|

Rate It!                                                                                      Login/Join

**henryshowbiz**        Posted June 02, 2008 02:13 PM
Sean Penn

We've discussed the idea of standard business models quite a lot on this board lately. Alot about John Robert Powers too. I think this is an important news article, as it may very well be the biggest money scam in kid actor history.

We estimate that in a matter of a few months, Pacific Modeling and Acting Academy would have taken around $12 MILLION from parents across the country. And the same guy owned a John Robert Powers in Santa Clara, CA. He apparently stole their money as well. Pacific wasn't a JRP officially, but the business model was EXACTLY the same.

"Wannabe Child Stars Get Cold Introduction to Show Business"
http://www2.tbo.com/content/2008/may/31/me-cold-introduction-to-show-business/

"Families Scammed out of Shot at Stardom"
http://www.tampabays10.com/news/local/article.aspx?storyid=81648

The email they sent to some of the parents they were ripping off:
http://www.tampabays10.com/images/pdfs/pacific.pdf

We first heard of Pacific Modeling and Ating (based in Seattle) when they stole two BizParentz CARE press releases and reworded them to make it appear that they were sponsoring the event (NOT!!!)

Then we fielded a few phone calls from Tampa FL parents a month or so ago. Apparently, this company flew into town and did open casting calls at the convention center. They used various people in different cities, but in Florida, they used Talentworks agent Brandy Gold as bait. They ended up selling parents packages of classes, at the end of which they would go to a competition/showcase.

The parents in FL never got a single class. Apparently there were schools in Nashville, Albuquerque, Greensboro NC, and more...

HERE'S WHY THIS MIGHT BE IMPORTANT TO YOU...
There is another company called A.C.T. (Academy of Cinema and Television). Their business model is the same, and it even appears that they use a common recruiter, Kathy Eisner (yeah...ya noticing that Disney name...isn't that a convenient name for scamming??). In fact, we've seen a few common threads.

ACT is ALSO recruiting all over the country and is holding open calls RIGHT NOW.

Please be careful out there...
A

Additionally, the owner of Pacific , Stanley Robinson, owned other John Robert Powers franchises. Are you starting to see a commonality? his is the same business model over and over and over again.

If you have been ripped off by either of these schools, please drop us an email. PAcfic parents are

working on a class action, so we can try to help you out/connect you to the right people.

Another lesson for all of us that package deals, advance payment of acting class blocks and "open calls" are just not the way to get into this business.

Posts: 111 | Location: **Los Angeles, CA** | Registered: **February 21, 2007**

**Mominbiz**
Julia Roberts

Posted June 02, 2008 03:27 PM                                                                Hide Post

A,

Thank you so very much for bringing this to everyone's attention and sharing this information. We all know that there are so many thousands of unknowing families out there. I wish there were more ways of getting this information out to the general public who are not yet aware of sites like this or of BizParentz. Have you thought about getting the word out on "The View," "Oprah" or "The Ellen DeGeneres Show?" This topic is so important and you would be awesome!

- MIB -
If you can dream, you can do. Making it happen is up to you.

Posts: 831 | Location: **SoCal** | Registered: **July 13, 2005**

**henryshowbiz**
Sean Penn

Posted June 04, 2008 06:33 AM                                                                Hide Post

Aw, you are so sweet. I would give my eye teeth for some national coverage of this news story. It is getting bigger by the minute.

Our newest development is that Pacific was also presenting themselves as Edge Productions, LLC (aka Academy of Cinema and Television).

ACT aka Edge has been to Cincinnati, Salt Lake city, Providence RI, and Chicago. They are recruiting in
PENNSYLVANIA AND NEW JERSEY RIGHT NOW!!

Yep, same crew who skipped out with over $1M from Tampa ALONE last month.

If anyone on this board has the ability to grab any of their literature or marketing materials, I would be really grateful for the help. Please email me if you can help, or if you can keep your eyes and ears open on Disney Channel, Nick and Radio Disney in the NJ/PA area. We need actual quotes and wording, logos used etc (they are claiming to be auditioning for Nick/Disney)

A

Posts: 111 | Location: **Los Angeles, CA** | Registered: **February 21, 2007**

# Exhibit B

FOR IMMEDIATE RELEASE
June 5, 2008

Contact:  Anne Henry or Paula Dorn
BizParentz Foundation
bizparentz@aol.com
(818)731-9897

### Aspiring Child Actors Face Biggest Money Scam in History

Multiple cities, multiple business names, and open calls in the name of Disney and Nickelodeon have made for a toxic combination for hundreds of unsuspecting parents.   The rip off tally is estimated at $12 MILLION so far, but companies continue to hold "auditions" in hotels around the country.    Are they really looking for the next Hannah Montana?  Or is a scam moving into your town?

In the last six months, companies known as Pacific Modeling and Acting Academy (PMAA), Edge One LLC,  DGA Productions LLC,  and Academy of Cinema and Television (ACT) have been holding open calls in cities around the U.S.   Their business model is very similar to the John Robert Powers franchise, and many of the staff are the same, although none of the promotional literature mentions a connection between the companies.    This week, the business model went horribly awry when Pacific closed its doors after taking thousands from hopeful parents.

### Pitching Hollywood to Hopeful Kids

Radio and television ads drop names including "Hannah Montana", "Suite Life of Zack and Cody" and "Drake and Josh".   They run on Disney Channel, Nickelodeon, Radio Disney and local radio stations, giving the appearance of endorsement by those kid-centric studios.    When hundreds of parents arrive at the weekend event, they are treated to a slick multi-media presentation and meet an agent, manager or casting director (usually real ones who were hired for publicity purposes). Kids are whipped into a frenzy as High School Musical is played and salespeople drop the names of

legitimate industry agents and casting directors as their "associates".   When parents ask questions, the answers are vague and scripted, and it isn't clear to some parents whether this is an agency, a movie studio or a school.   Some kids are even given signed photos of the Hannah Montana cast.

If they have the "look" (the look of talent or money?) the child will be chosen for a callback. The pitch at the callback is always the same:  they believe the child has "potential" and could be the next Hollywood star, but they need training, which is conveniently provided by the "Academy". They are told they are very fortunate to be accepted into this prestigious school, and auditions are guaranteed.   According to a Craiglist ad posted last week, the school's "talent coordinators" (sales people) work on commission and can make up to $110,000 per year.   Parents are instructed to bring their checkbooks and told that they need to enroll immediately, or their spot at the school and their opportunity for Hollywood success will be lost.   The cost ranges from $2,400 to $11,000.   Classes are held once a month, and sometimes photo sessions are included as part of the package.   There is no brick and mortar building for these "satellite schools".  Instead the classes are offered in hotels, convention centers or other temporary digs.

That business model is very similar to that offered by the controversial John Robert Powers chain of schools.  It is not criminal, but is not accepted by the legitimate entertainment industry as the way to get into the acting profession (more below).   But in the case of Pacific Modeling and Acting, things seemed to go one step further when the organizers simply took the money and disappeared.

### The Pacific Scam

Tampa parents, who had been recruited in early May, reported to their first class on Saturday May 30th to find no PMAA representative at the hotel.  Company contacts were fruitless.   Some phone calls were answered "John Robert Powers".   In fact, Stanley Robinson, the apparent owner

of Pacific, also owned John Robert Powers franchises.  Parents at the JRP in Santa Clara, also report paying money and then having the doors closed in April.   An email was sent from PMAA to some parents, saying that all classes were cancelled and the company was considering bankruptcy (that has not happened).   Families got nothing for their money.

It is estimated by former employees of Pacific, that approximately 200 families in each city signed up for the classes, paying an average of $5,000 each.   They say 10 cities were involved.

Pacific held open calls in San Diego, Nashville, Albuquerque, Las Vegas, Seattle and Greensboro, NC.  Other cities are unidentified at this time.  Many of those parents have yet to realize that they have been scammed, since classes only meet in each city once a month.

Read the email from PMAA here:
http://www.tampabays10.com/images/pdfs/pacific.pdf

Read parent stories here:
http://pacificmodelingandacting.blogspot.com/
http://www.topix.com/forum/city/everett-wa/TEQ370ETC6HE7SV03

Local news stories from Nashville, Seattle and Tampa:
http://www.wsmv.com/news/16454350/detail.html?rss=nash&psp=news\
http://www.king5.com/topstories/stories/NW_060208WAB_model_agency_shutdown_KC.563771
81.html
http://www.tampabays10.com/news/local/article.aspx?storyid=81648&s=e\

## The Next Victims?

But the story doesn't end there.  Open calls are being held this weekend in Secaucus, New Jersey, by Edge One, aka Academy of Cinema and Television.  The extent of the partnership between the companies is unclear.   While A.C.T. is not apparently owned by Stanley Robinson, the schools' business model is the same, the salespeople are essentially the same, and they use the same promotional materials littered with references to Disney and Nickelodeon.  Some of the celebrity

photos and endorsements (some false) have been commonly used between JRP Santa Clara,  PMAA, and A.C.T.


**Avoiding Scams**

Research is key, but so is recognizing the general business model, no matter how flashy the presentation.   Parents say that they tried to research the schools before paying, but there was little on the internet about these new company names.   The Better Business Bureau listed them (companies simply pay for a listing at the BBB) but did not have complaints yet.  Parents who asked if the school was related to John Robert Powers (who has a more extensive web history and would be easier to research) were expressly told that they were not a part of that chain.


BizParentz Foundation is a non-profit organization serving families with children in the entertainment industry (professional child actors).  The organization is the recognized expert on predators involving children in the entertainment industry.  They warn that this business model is predictable and dangerous.


"In our opinion, acting academies and modeling schools are not the best way to enter the entertainment industry.   You should never pay money upfront for representation—legit companies work on commission.   Even under the best of circumstances, the classes are overpriced, the instruction is not at a professional industry level, and parents will be forced to endure more sales pitches down the road.   Conventions and competitions bring in even more money to these businesses, and their rate of success is dismal.   These places are simply not respected in the Hollywood community and it isn't necessary.", says Anne Henry, co-founder of BizParentz. BizParentz has an article about how to spot a talent scam here:

http://www.bizparentz.org/gettingstarted/avoidingscams.html

BizParentz also offers practical tips on how to pursue an entertainment career in a positive way, and how to seek acting opportunities in your own neighborhood.

"The Pacific situation is tragic.  Not all acting schools or modeling academies outright steal parents' money.  But the risk is always there.  These are businesses from out of town, operating out of a hotel.  They used pressured-filled sales tactics and leveraged the love of parents for their children, and they are very, very good at what they do.   There is nothing stronger than a child's love for their kids", said  Henry.

Even BizParentz was a victim of Pacific.  "In March, both Pacific and A.C.T. took our press releases about our charity event, re-worded them, and re-released them to make it appear that they were sponsoring the event and affiliated with BizParentz.  They did the same to an article about the event in Backstage West, an industry trade paper.  It was false of course.  We have never spoken to them or been contacted by them in any way.  These people are dishonest.   We'll do everything we can to make sure this practice stops," stated Paula Dorn,  co-founder of BizParentz Foundation.

Parents involved with Pacific scam are currently seeking criminal and civil action and organizing parents among the various states.  For more information, please contact BizParentz@aol.com.

# # #

# Exhibit C

Case 3:09-cv-00600-CFD   Document 1   Filed 03/27/09   Page 27 of 42

# PITTSBURGH
# TRIBUNE-REVIEW

## Parents warned of scams in child talent agencies

By Jason Cato
TRIBUNE-REVIEW
*Friday, June 20, 2008*

Consumer advocates are warning parents to be wary of companies offering to make their youngster the next big star, including an acting school that recently opened in Pittsburgh.

Academy for Cinema and Television, or ACT, opened a school this month at the David L. Lawrence Convention Center, Downtown. It has come under attack by BizParentz Foundation, a Los Angeles organization for child actors that claims the Phoenix, Ariz.-based company and others like it are scams.

It's a common accusation in the child entertainment industry, which ranges from acting schools and agencies, to model and talent search companies.

"There's no easy way to Hollywood," said BizParentz co-founder Anne Henry, whose son is a child actor.

An ACT spokeswoman bristled at the allegation the year-old company is a fraud.

"ACT is a legitimate acting school. We have an outstanding reputation within the industry, a great record with the (Better Business Bureau) and extremely positive relationship with the media," said Erin Cameron. "One of the many reasons for this is our passion for education in the performing arts."

Henry, however, equated the school's monthly classes with Pacific Modeling and Acting Academy, a California company that reportedly bilked Florida families out of thousands of dollars they paid for weekend acting classes. When they arrived at the Tampa Convention Center for classes, they were told the classes were canceled and the company was going out of business, the Tampa Tribune reported. At least a dozen families filed a civil lawsuit last week seeking to recoup money.

Henry said the company's business model is "scammy," like others in the industry that take thousands of dollars from parents knowing their children have little to no chance of ever making it.

Asked for proof, Henry replied: "I kind of don't need to be able to prove it to warn people. Even if they don't run with the money, it's still a bad business deal."

ACT plans to sue BizParentz over the accusations, Cameron said.

The Better Business Bureau in Arizona has listed ACT as an accredited business since February and shows the company has resolved the four

complaints filed against it since its founding in February 2007.

That hasn't always been the case for companies in the child entertainment industry in the Pittsburgh region.

A Fox Chapel couple were charged in September with federal income tax evasion and other offenses for allegedly hiding more than $500,000 in cash collected through their scouting companies, Penn Hills-based Aquarian Associates and Great American Model and Talent Search. The companies, owned by Samuel J. Manfredi and his wife, Marilyn, were the frequent subject of consumer inquiries to the Better Business Bureau of Western Pennsylvania.

The Michigan attorney general's office in 2006 warned consumers about the Manfredis' businesses, as did New York's Consumer Protection Board in 2005.

Marilyn Mandfredi's attorney, Paul Cambria, a Buffalo lawyer with offices in Los Angeles, said nearly all of the complaints against his client's businesses come from disillusioned parents.

"The sad fact is only a very, very, very small number of people make it into show business," Cambria said. "I know A-list movie stars who get turned down regularly for parts. It's a cruel world out there. But all parents are convinced their child is the next Shirley Temple ... and they're not."

Pittsburgh is one of the top 10 hubs nationwide for the child talent industry, with at least 31 companies located here, according to the BBB. Several of those firms have been cited for using unethical business practices, said Warren King, director of the regional BBB, based Downtown.

"Part of the problem with this particular industry is that there's no licensing requirement in most states," including Pennsylvania, King said. "There's a lack of regulation. ... This is an industry that isn't doing anything illegal, but they're certainly telling questionable things to potential clients."

Model and talent search companies operate as scouting services instead of agencies, King said. They don't promise jobs, contracts or to make anyone a star. They sell the idea that people might attain those things if they pay for their services.

"This is the industry's M.O. This is how they operate because they know there's no oversight. They know how to play the game," King said.

Proscout Inc., another Arizona company, visited Pittsburgh and Monroeville for two days last week in search of potential models and actors whose parents were willing to shell out $795 for their children to attend Proscout's convention in Philadelphia later this year.

That's a bargain compared to how much someone would spend in travel expenses and time to meet 35 to 40 representatives from top agencies like Ford, Elite and United Talent Agency, which represents Harrison Ford and Miley Cyrus, said company president Brian Marcus.

"People can do it on their own if they have the time and money to get to a major

Case 3:09-cv-00600-GFD Document 9 Filed 08/27/09

market," said Marcus, who said the market for his "conduit" industry was created because top agencies do not accept unsolicited material from people wanting to break into the business.

Like BizParentz and the BBB, the Screen Actors Guild warns parents to be careful.

"Our primary problem is with entities like these," said Zino Macaluso, a SAG lawyer. "Literally, they take thousands and thousands of dollars from parents who think this is the only way for their children to be stars. And let's face it, all parents think their children can be stars."

Macaluso recommended getting involved in school and community theater and working with acting coaches instead of paying to attend events with talent scouts and agents who are paid to be there.

Cameron, of ACT, said that's precisely what her company is trying to do. The school has about 50 students who pay up to $95 an hour for classes, she said.

"Providing a great service that gives young people the opportunity to grow personally and professionally, exploring the performing arts through on-camera acting, that's what ACT does," Cameron said. "Our students know it, our parents know it, our teachers know it and the true industry professionals know it. In our opinion, that's what matters."

*Jason Cato can be reached at jcato@tribweb.com or 412-320-7840.*

Images and text copyright © 2009 by The Tribune-Review Publishing Co.
Reproduction or reuse prohibited without written consent from PghTrib.com

# Exhibit D

http://blogs.courant.com/george_gombossy/2009/01/the-children-talent-agency-und.html

**"The" children "talent agency" under investigation by Conn. Officials**
**By George Gombossy**
**January 5, 2009 5:51 PM**
**CT Watchdog**

Ct Attorney General Richard Blumenthal said Monday night his agency is investigating "The" an alleged talent agency for children that has set up shop in Hartford and Stamford hotels attempting to charge parents thousands of dollars to get their children before talent scouts.

Based on complaints I printed over the weekend on my blog and the ones his office has received, Blumenthal said he is very concerned about this organization ripping off parents and raising false hopes for children.

The complaints, he said in an interview "are extremely troubling" especially because they involve the "hopes and dreams of children."

"The" organizers have so far failed to respond to an email I sent them over the weekend asking for proof that their company is legitimate. A man who said his name was David, called me using a blocked telephone number and left a message asking that I send him an email with my questions.

Meanwhile, a national organization sent me an email this afternoon raising more troubling questions about "The."

This is their letter:

My name is Anne Henry, and I am the co-founder of a non-profit organization called BizParentz Foundation (www.bizparentz.org). We serve families with children in the entertainment industry (professional child actors). We are also parents ourselves, with successful acting children. Our staff are all volunteers, and we exist solely on donations.

Your column on "The" is quite interesting, and I think you will find it more interesting to hear that the organization that presents that program is already under investigation in several states, and the FBI is also looking into them. Even in their home state of AZ, they have a less than stellar rating at the BBB (that they pay).

"The" is a competition like event that is produced by the owners of a company called Academy of Cinema and Television (ACT), based in Phoenix. There is a complicated system of corporations who all seem to own each other, using addresses in AZ, NV and then traveling around to multiple states. It is almost impossible to find out who ACTUALLY owns this business.

ACT is constantly changing their business model, but it is very similar to the John Robert Powers Franchises. The basic idea is that they provide a transient acting "school. They do these open calls (they call them auditions, but that is a misuse of the industry term), and parents are asked to pay for a series of acting lessons (about $6000 at ACT). The lessons take place in hotels once a month (again, not exactly professional). After that, they sell you a convention (The) where your child can showcase their talent (another 2000-5,000 depending on who you talk to).

The John Robert Powers equivalent would be the IPOP convention. My point? It's a familiar

business model.

The incarnation we are hearing about in Hartford looks like ACT is now just selling the The event as a stand-alone deal. The only "The" event that ever existed previously was held last August in Phoenix. The entire ACT organization has only existed for about a year and a half. They have yet to produce a "success" story--anyone who has made more money in the entertainment industry than they paid to ACT.

If this is sounding a bit like "The Music Man" to you, or the old time traveling snake oil salesman, you are right. Our organization deals win the real entertainment industry every day. This type of organization is NOT it.

For some background, you might want to look at this press release, which our organization released in June, after a similar (and we believe, related, business) took millions of parents and disappeared earlier this year. It explains the business model pretty well: http://www.bizparentz.org/images/Pacific_Press_Release.pdf

As a follow up to that press release, Stanley Robinson has declared bankruptcy in CA. He lists over 2500 victims as creditors, mostly families, all over the US. Each family was taken for an average of $6000 each. The man also notes his luxury cars and huge houses in the bankruptcy. Of course, he claims his only income is unemployment. It is a scene worthy of 60 Minutes.

ACT sent us a cease and desist letter after that press release, and our non-profit had to pay legal fees to prepare a response, which we did. We never heard from ACT again, presumably because they now realize that they have no grounds to sue us as long as we continue to speak the truth. We have continued to work with law enforcement in the mean time.

We have heard multiple times that ACT tells parents that question them that they are suing us. They are not, but I'm sure it sounds good when you are trying to defend yourself. I won't be surprised if ACT sends you a letter for your column. With all the money they are taking from families, they have quite a lot of cash for legal fees. I hope you stand tall on your freedom of speech and anti-SLAP law rights, as we did.

To tie that specifically into your reader's testimonies, here are some additional facts:

LILY NEDA
There is no such job description in the legitimate industry as a "scout". The "scout" the people mentioned, Lily Neda, actually has NO legitimate ties to the entertainment industry. None. When asked for her resume (a former agent? a successful model? every worked for any studio or recognizable company?), she cannot come up with anything. She does not live anywhere near Hollywood, but rather in central California, in the San Jose area.
She does however, have a background with John Robert Powers (google JRP scam and see how many tens of thousands of hits you get), and she has a petty theft conviction in CA. That is the woman who is crushing children's dreams each weekend. A convicted criminal.

NATHAN BIAY
Nathan, the man on the answering machine, is Nathan Biay. He also worked for JRP and for Stanley Robinson, of PMAA (the people who ran with the money in the press release above). In fact, almost all of ACT's sales staff previously worked for Stanley Robinson, and/or the John Robert Powers franchises that also went belly up in California. Coincidence? You decide.

ERIN CAMERON
Another tidbit? ACT's spokesperson and satellite school director, Erin Cameron, formerly worked for the infamous Lou Pearlman

http://www.vanityfair.com/fame/features/2007/11/pearlman200711. You might remember that he was the boy band Svengali and pedophile who was jailed on Ponzi scheme charges last year.   As part of that scheme, he also ran the largest modeling scam in history, called Wihelmina Scouting Network (aka Options, Talent Rock, Fashion Rock).  Mr. Pearlman will get his sentence reduced by a month for every million he recovers for his victims.   So Ms. Cameron now works for ACT.  Coincidence?  You decide.

ADRIAN R'MANTE
Adrian R'Mante, the actor from Disney's Suite Life of Zack and Cody that is their " celebrity pitch person"?  He was never a series regular on that show, but a recurring character (meaning, he didn't get paid much).   He was not hired by Disney for the new spinoff show, and so he has been unemployed by Disney for over a year.  We have had contact with Disney and they absolutely do NOT support ACT or The.    Of course, little children don't know that, because they still see Mr. R'Mante on reruns.    Mr. R'Mante also runs a newly found acting school of his own, and works for various John Robert Powers franchises as a paid "celebrity" face.

Just to be clear, ACT, so far, has not stolen money from their clients.   They simply employ the same business model and the same staff as those who did.   They have had families who felt that the services they were offered did not live up to the expectation.    That is why our organization advocates parents being informed and simply avoiding business models that are questionable.

We have a general article about Avoiding Scams here:
http://www.bizparentz.org/gettingstarted/avoidingscams.html

I hope you will forgive my rant on this subject.  But I wanted you to know that your column was right on the money, and that those parents had great instincts.  They did the right thing.  THANK YOU for writing the column!!!

If you have any questions, please feel free to write us.

Best,
Anne Henry
BizParentz Foundation

---

http://blogs.courant.com/george_gombossy/2009/01/the-children-talent-agency-ins.html

**"The" children "talent agency": inside story from one parent**
**By George Gombossy**
**January 7, 2009 10:18 AM**
**CT Watchdog**

Tara of Sherman signed her daughter up for "The" talent program despite her concerns that this traveling program, now in Connecticut may be a scam.

She sent me and Ct Attorney General Richard Blumenthal to following detailed email about their experiences. It raises numerous red flags. Blumenthal has said he would investigate The.

I suggested to her that she contact here credit her company and immediately cancel the charge.

Office of the Attorney General
Consumer Affairs Division
55 Elm Street
Hartford, Connecticut
06106

To Whom It May Concern:

I am writing to request your guidance in a specific situation I've found myself in.  Let me first
lay out the sequence of events for you.

Dec 31, 2008:  During the CBS Early Show, I saw an advertisement aimed at children and teens.
As near as I recall, the text of the commercial was:  "Hey kids, do you want to be on TV?  You
can!  Auditions are being held this weekend in your state!  Call 877-214-1893 to schedule your
audition now!  Only the first 200 callers will be accepted.  So don't wait!"

My 11-year-old daughter, Eliza, has been performing on stage since she was 4, and has always
wanted to act on TV.

So, I mentioned the commercial I'd seen, and she asked me to call the number.  When I did, a
very fast-speaking "booking agent" informed me that the auditions were for "ACT" in Hartford
on Saturday, Jan 3, 2009.

 I was told that it was a two-part audition.  My daughter would be asked to read a script in
front of a camera in the first part, and then the second part would be an interview format.  We
needed to bring two photos, a headshot and a full body picture with us to the Crowne Plaza in
Hartford (50 Morgan St.).  The auditions were being held in the New England ballroom, and we
were to arrive a half hour early for our noon appointment.  (No reason was given at that time.)

My daughter had never auditioned for a part before.  Her prior appearances were always
associated with the performing arts school that she attends.  So, I did a lot of internet research
about how to prepare for an audition, what the headshots should look like, etc.

 I took pictures of Eliza, put together her resume, got everything printed out, made a small
portfolio of her prior experience, etc.  I also tried to find more information on the internet
about "ACT."  However, with nothing more to go on, it was impossible to get any further
information about them.

Jan 2, 2009:  We received a phone call confirming our appointment for the next day.  I tried to
get more information at that time, but was told different information.  This time, I was told
that we'd be auditioning for two different organizations; one called The (pronounced "tay"),
and the other was KLW Entertainment.  Unfortunately, I got this information too late to spend
any time researching them.

Jan 3, 2009:  Eliza and I showed up for her appointment.  We registered, were given a glossy
brochure about The and a number of forms to fill out, which included contact information
related to the applicant, vital statistics (height, weight, clothing sizes, hair and eye color,
etc.), and a 100-word essay related to why Eliza wanted to be an actress (or model) and what
skills she already had for this career.

 We were ushered into the ballroom, where we were seated with approx. 200 other applicants
and their parents.  Subsequently, I found out that there were 5 such sessions that day; so
somewhere in the neighborhood of 1,000 auditions were conducted that day.

During this "cattle call," we were informed that there were two auditions with separate callback lists. The first was for The, which was an invitation-only acting and modeling event being held in Stamford in May. (I've attached info from the brochure that provides more details about the event.)

The second was for Adam Griffin from KLW Entertainment. It was stressed that the callback lists were held separately, so you might hear from one or both of them. We were told that to learn the decision about The, we had to phone a number the next day (Sunday) between 9-10 and leave a phone number where we could be reached. We also were told that there would only be 35-40 kids who would be invited to the event.

We went to the interview first. Eliza's interviewer, Lily, had a very strong personality (she'd given the welcome speech earlier), but glowed about how Eliza's look was "exotic," that she loved her answers to the interview questions, and that she saw no problem with Eliza getting in to The.

 That was immediately followed by the fact that if she was called back the next day, could I pay the approx. $2800 it was going to cost for Eliza and I to attend the event (not just could I pay it, but could I pay it the next day, and that the only acceptable form of payment was credit card). I answered that I would manage it somehow.

We were then handed the script to be read for the on-camera audition for Adam Griffin. Another casting director from NYC named "Tony" also was watching the on-camera audition, but I didn't get any further information about him.

 I'd been watching Adam and Tony for some time as they auditioned other kids. With the first 50 or so, they were very engaged, smiling, interacting, etc. By the time Eliza got to them, she hadn't even gotten to the mark and turned to face the camera before Adam yelled "Action!"

 Let me go back a moment and state that the script Eliza had been given contained 3 separate commercials, which she'd received only moments before. We anticipated that Adam would at least tell her which commercial to perform!

 So, Eliza was a bit perplexed, but simply went into the first commercial listed, and hoped she did well enough. Adam and Tony weren't even paying attention to her by this time. She did her best, and I was proud of her. They didn't even acknowledge her as she walked off camera.

Armed with the added information they'd given us, I tried to do further internet research that night, focusing on The because it didn't seem likely anything would come from KLW. However, "the" is one of the most common words found on the internet, I think, because my search was fairly fruitless.

The website we were given for more information was www.expthe.tv. But beyond that, various search combinations like "the acting modeling," "the event acting," "the invitation acting modeling," "the Stamford ct acting" got me nowhere!

 However, I did finally stumble upon something related to A.C.T., the Academy of Cinema and Television in Nevada. I couldn't know for certain if this was the same "ACT" I'd heard of the first day (and never heard mention of again), but what I was reading about them was confusing.

There are many message boards and blogs on the internet stating that this is a scam, but they were mostly by people who had gone to the same cattle call-type audition that we did, were

accepted via the callbacks, and then didn't go any further with it due to the amount of money being requested and the high pressure sale.

I then found information that said A.C.T. was related to PMAA (the Pacific Movie Actor's Academy, or something like that).  A former employee of PMAA had an entry on www.RipoffReport.com indicating that it was all a scam.  Another blogger talked about going to the PMAA event location for the event that they'd paid thousands of dollars for, only to find no one from PMAA there.

But one of the things that made A.C.T. so convincing was the star connection they have.  I found a presswire announcement regarding a collaboration between A.C.T. and Scarlett Johansen, as well as some other well-known actors.

At this point in time, I still had no confirmation of whether I was really dealing with A.C.T. or not.  But even the The website includes footage of Adrian R'Mante.  I was able to google the contestant's names that were listed in the brochure we were given, and they were listed with A.C.T. as well.

The whole thing was just confusing.  So, then I gave up on the Internet research, and began trying to contact people I know and respect in the business.  Unfortunately, being Saturday, late in the day, I wasn't able to get a hold of anyone in time to do me any good.

Jan 4, 2009:  We made our call to find out the results of our audition for The.  The phone number we were given did specifically say that we had reached A.C.T.  When Lily had given us the number, she told us we were going to either reach her on her cell phone, or her receptionist would pick up.  If we were not accepted, her receptionist would let us know.

If we were and we got the receptionist, Lily would call us back to make further arrangements.  When we called the number we were given though, it was an interactive voice response system, with no mention of Lily's name at all.

So, I pressed "0" to reach the operator, and waited on hold for 20 minutes before getting through.  When we did, our name and number was taken and we were told Lily was on the other line and would get back to us.  A half hour later, she called, said Eliza had gotten in, asked us to come back to Hartford that afternoon to register and pay for the event, and once again reiterated that we must be prepared to pay in full that day.

By this time, I was getting really nervous.  I spoke to my uncle who is a professional musician in NYC, and he called some actor friends.  None of them had ever heard of The or A.C.T.  My uncle cautioned me, especially due to the price being asked.

He told me that if it were a real job opportunity, we'd be paid, not the other way around.  And if it was a training opportunity, there were much more affordable training opportunities available out there, and probably better quality given that the event we were being invited to was only 4-days long.

For whatever reason, Eliza and I did return to Hartford.  We'd pretty much decided that we had better, less expensive options available to us, so we would pursue those instead.  However, when we met with Lily again, there was the hardsell again.  It's all about our kids, and helping them to pursue their dreams, and what a great opportunity this would be to jumpstart their careers, etc.

The brochure outlined different package options. I had already decided the night before, if we did go through with things, that Option 2 was the right one for us. However, during our meeting with Lily, we saw no schedule of events, no training calendar, and had no idea what we were really paying for besides training and exposure.

It was only after my credit card was run that I got my hands on the tentative schedule for the weekend (also enclosed in the documents I've sent) that I saw that the Option 2 package only entitles us to a total of 9-11 hours of activities in addition to the callbacks (go-sees) on the last day during the course of the 4-day event.

Given the fact that I paid $1950 for Eliza and an additional $895 for me, that's an average at best of more than $250/hour. Had I taken Option 4, which included all of the acting events, it would only add another 3.25 hours of activities for the additional $1000 I chose not to pay.

I can't say at this point whether The is a scam, or simply a hardsell that's outrageously expensive, and while I've included many details here of the events as best I recall them, there have been many other thoughts flitting through my mind as well.

I did finally have a chance to talk to people at Eliza's performance school yesterday, and they all indicated that the fees were much too high, and were more in alignment with something that was a two-week acting camp or something than with a 4-day intensive training event even with the talent scouts present.

They also indicated that typically when so many scouts are brought together like this at such an event (where the event pays their expenses to come), they are limited in the feedback they are allowed to give. So, what you learn from them isn't really what they would tell you if they met you individually. Yes, the exposure is great! There will be scouts from all over the world there, supposedly. But we're not interested in relocating anywhere, so it's only the scouts in this area that really matter to us.

Therefore, I plan to cancel my registration with this organization. Based on the contract I signed, I can do this and forfeit my $1000 registration (getting back $1845 in program fees) within 3 days. So I plan to do this today. But is there any way I can legally also get back the registration fee given the exorbitant pricing?

I appreciate your time and prompt attention to this inquiry given the limited time I have to act. Thank you!

---

http://blogs.courant.com/george_gombossy/2009/01/the-children-talent-agency-org.html

**"The" children "talent agency" organizer asked to defend his firm**
**By George Gombossy**
**January 7, 2009 2:55 PM**
**CT Watchdog**

Nathan Biay, the front man of "The," which claims to be a talent search company for children interested in breaking into the modeling and show businesses, offered to provide specific answers to concerns I and parents have as his firm seeks to sign up scores of children for expensive training programs in Connecticut.

His operation is now under investigation by Ct Attorney General Richard Blumenthal.

The following is a list of questions I sent him and his answers. As you can see from his answers he provides little specific information. So look at his answers carefully before turning over one dime to him.

If you have already given him a check or authorized him to charge your credit card, you might want to consider whether your money is being well sent.

Q) First of all these "testimonials" (he sent me) are of no use, as you must know, because there is no way to verify them. Please provide full addresses and emails and telephone numbers for these people.

A) We would be more than happy to provide contact info. but as you can imagine we want to respect our clients privacy so we are in the process of calling them to ask their permission to give you their contact info. I have forwarded to you contact information from parents that I have managed to get a hold.

Q) Please also provide your resume as well as the resumes of all your associates.

A) That's personal information.

Q) Who is the owner of "the," where is it headquartered, and under what name is it registered in that state?

A) NedGam productions, Nevada (public info)

Q)How do you know the FBI is not investigating you. How many other attorneys generals are investigating The, you or any of prior companies you have been involved in besides the attorney general in Ct?

A) As of 1-7-09, we haven't received an inquiry from any government office or public figure other than yourself. Please keep in mind, the event in Stamford is not our first, we had an amazing event in Phoenix last August which is most of the footage you see on the web site. But, the bottom line is, we have no problem talking to and disclosing information to anyone who is interested as long as it doesn't interfere with us putting on an even better event in Stamford.

Q) How many children are auditioning in Connecticut? What do you charge for registration? what about the claim that you advertised that only 200 people would be registered?

A) Not sure, depends on how many weekends we'll be in Hartford auditioning?  We can let you know after the auditions if you'd like.  As with any other dance competition or cheerleading competition prices vary.

But we give folks the information that includes our price breakdown prior to auditioning.  Yes, we try to keep it to 200 auditioners per weekend (it seems like much more than that because typically 1 auditioner comes with 3-4 other people) we are often limited on space.  That being said, sometimes we do go over 200 but if we do so, we will add sessions not auditioners per session.

Q) What assurance can you provide people that you and or the money they give you won't disappear before the May program?

A) First, we've already paid for the venue.  The contracts have been signed and the dates are set.  Please feel free to confirm this with the venue.  Second,  we've already done an event, this isn't our first.

 We put on an amazing event and the participants, industry professionals, and celebrities that attended all had a wonderful time.  Why would we do anything different now?  Finally,  this is our business, our job, our livelihood.  This is how we feed our families and put a roofs over our heads.  Why would we jeopardize that?  We are all passionate about the performing arts and we are all fortunate to have the opportunity to work in an industry that we love.  If you had or do have a job you love, wouldn't you want to do that forever?   Bottom line is we provide exactly what we promise and more.  We've done it in the past and we will continue to do that in the future.  We would love to have you come to our next event.  If you do, you'll see how much people love it, how excited they are and what an amazing experience they have.  Then you will truly know why we love what we do.

# Exhibit E

**MAIN**
**CHILD TALENT PROGRAM ATTRACTS SUSPICIONS**
**George Gombossy watchdog@courant.com**
**6 January 2009**
**The Hartford Courant**
**A2**

'The," which claims to be a talent and modeling program searching for children for the entertainment industry, has set up temporary shop in Connecticut this week, charging parents thousands of dollars to provide training for their children.

According to several complaints I have received, "The" is asking parents to give them checks for as much as $4,900 for four days of training in Stamford at the Marriott Hotel.

State Attorney General Richard Blumenthal said Monday evening that his office has also received several complaints and is launching an investigation into the group.

"The complaints are extremely troubling," Blumenthal said.

One grandparent who wrote me Monday said she was told by James Ingham, one of the employees, that her granddaughter Sanji is "beautiful, beautiful beautiful."

He asked for $4,900 for Sanji to attend a four-day training session in Stamford, where she would "get to meet the movers and shakers of the acting, modeling industry."

"The" claims to be located in Nevada, but I have yet to find any trace of it.

I called the telephone number listed on its Internet site, www.expthe.tv, which has a recording by Nathan Biah, asking people to leave a message. His recording makes no mention of "The" or that the number is anything other than a private phone.

I left a message notifying him Saturday that I was writing a blog item based on a complaint (www.courant.com/ctwatchdog) and that I wanted to hear his side of the story.

I received a telephone call from a "David" from a blocked number. He left me a message saying that "The" would be willing to answer my questions if I sent them an e-mail.

On Sunday I wrote an e-mail asking for some proof that "The" is a legitimate business, for references and for an explanation of why they would not accept credit cards, demanding checks instead.

I have not received a reply.

However, a group called the BizParentz Foundation saw my blog item and sent me an e-mail warning people about "The."

"We serve families with children in the entertainment industry (professional child actors). We are also parents ourselves, with successful acting children," Anne Henry, co-founder of the group, wrote me.

She said "The" is under investigation by the FBI and by several state attorneys general.

"The" is a competition-like event produced by the owners of a company called Academy of Cinema and Television (ACT), based in Phoenix, Henry wrote me. "There is a complicated system of corporations who all seem to own each other, using addresses in AZ, NV and then traveling around to multiple states. It is almost impossible to find out who actually owns this business."

You can see her complete letter on my blog site.

I have not had the time to investigate "The," so I cannot say whether it is or is not legitimate.

All I can say is that under no condition should anyone write out a check to any organization without concrete evidence that it's not a scam.

HOW TO REACH ME If you have an issue that you would like me to look into, please e-mail me at watchdog@courant.com. You can also send mail to me at Watchdog, Hartford Courant, 285 Broad St., Hartford, CT 06115 (please include your telephone number and town). I will respond to as many complaints as time permits. You can read my daily blog at courant.com/ctwatchdog.